## (June 7, 1961)

 In the Matter of the Probate of the Will of HELEN E. FOULDS, Deceased. JANE B. BROGAN et al., Appellants; NEW YORK TRUST COMPANY

et al., Respondents.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.